

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2019

No. 04-19-00391-CV

**PHILLIPS MOTORS CO.** and Mansour R. Mansour,
Appellant

v.

**MILLION AUTO PARTS**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 2019CV00722
Honorable Melissa Vara, Judge Presiding

# O R D E R

On September 9, 2019, appellant, appearing pro se, filed an amended brief in this appeal. On September 13, 2019, the clerk of this court sent a letter to appellant notifying him that the amended brief did not contain a certificate of service. The letter directed appellant to provide the clerk of this court with proof that appellee had been served with a copy of the amended brief. In response, appellant filed a copy of a certificate of service, but it fails to show that a copy of the amended brief was served on appellee.

The clerk of this court is ORDERED to mail a copy of appellant's amended brief to the appellee at its last known address: 9651 New Laredo Hwy, San Antonio, Texas, 78211.

Appellee's brief is due on or before **November 26, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2019.



Luz Estrada,
Chief Deputy Clerk